L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 323-207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERONICA TULLOUS, an individual,** | Case No. 5:13-cv-00584-MMM-SP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **ENHANCED RECOVERY COMPANY, LLC, AND DOES 1 THROUGH 10,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 23rd day of April 2013

By: s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

Filed electronically on this 23rd day of April, 2013, with:

Notice of Settlement - 1

1. United States District Court CM/ECF system

2. Notification sent electronically via the Court's ECF system to:

Honorable Margaret M. Morrow
United States District Court
Central District of California

Stephen H. Turner
Lewis, Brisbois, Bisgaard & Smith, LLP
Attorney for Defendant

This 23rd day of April 2013

s/L. Paul Mankin
L. Paul Mankin