1  L. Paul Mankin, Esq. (SBN 264038)
2  The Law Office of L. Paul Mankin
3  8730 Wilshire Blvd., Suite 310
   Beverly Hills, CA 90211
4  Phone: (800) 219-3577
5  Fax: (323) 207-3885
   pmankin@paulmankin.com
6  www.paulmankin.com
7  Attorney for Plaintiff

8  Stephen Turner, Esq.
9  Lewis, Brisbois, Bisgaard & Smith, LLP
   221 N Figueroa Street
10 Suite 1200
11 Los Angeles, CA 90012
12 Phone: (213) 680-5081
   turnder@lbbslaw.com
13 Attorney for Defendant

14

15             **UNITED STATES DISTRICT COURT**

16             **CENTRAL DISTRICT OF CALIFORNIA**

17

18

19 | **VERONICA TULLOUS, an** | ) Case No. 5:13-cv-00584-MMM-SP
20 | **individual,**           | )
                               | ) **STIPULATION RE: DISMISSAL OF**
21 | Plaintiff,                | ) **ENTIRE ACTION AND ALL**
22 |                           | ) **PARTIES, WITH PREJUDICE**
                               | ) **PURSUANT TO FRCP 41(a)(1)**
23 |     vs.                   | )
24 | **ENHANCED RECOVERY**     | )
25 | **COMPANY, LLC; and DOES 1** | )
   | **through 10, inclusive,** | )
26 |                           | )
27 | Defendant.                | )
28 | _____   | )

                    STIPULATION RE DISMISSAL 1

**IT IS HEREBY STIPULATED** by and between Plaintiff, Veronica Tullous and Defendant ENHANCED RECOVERY COMPANY, LLC through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*. Each party shall bear its own fees and costs.

DATED: June 21, 2013        LAW OFFICE OF L. PAUL MANKIN IV


By:  /s/L. Paul Mankin
     L. Paul Mankin, Esq.
     Attorney for Plaintiff


DATED: June 21, 2013        LEWIS, BRISBOISS, BISGAARD & SMITH, LLP


By: /s/ Stephen Turner, Esq.
    Stephen Turner, Esq.
    Attorney for Defendant